UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY KELLY, | ) |
|                Plaintiff, | ) Case No.  2:12-cv-02074-LRH-CWH |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) |
|                Defendants. | ) |

       This matter is before the Court on Defendant Naphcare, Inc.'s Motion to Strike (#35), filed March 18, 2013.  In response, Plaintiff filed a Notice of Withdrawal (#39) wherein he agreed that the filing be "redacted from the Court records."  Accordingly,

       **IT IS HEREBY ORDERED** that Defendant Naphcare, Inc.'s Motion to Strike (#35) is **granted**.

       DATED: April 11, 2013.

                                                                           _____
                                                                    **C.W. Hoffman, Jr.**
                                                                    **United States Magistrate Judge**