UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY KELLY,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, *et al.*,

        Defendants.

Case No. 2:12-cv-02074-LRH-CWH

**ORDER**

      This matter is before the Court on Defendant Naphcare, Inc.'s Motion to Strike (#35), filed March 18, 2013. In response, Plaintiff filed a Notice of Withdrawal (#39) wherein he agreed that the filing be "redacted from the Court records." Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Naphcare, Inc.'s Motion to Strike (#35) is **granted**.

      DATED: April 11, 2013.

                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**