UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY KELLY, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cv-02074-LRH-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS METROPOLITAN ) | |
| POLICE DEPARTMENT, *et al*., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion for Permission For Electronic Filing (#40), filed April 10, 2013.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF).  Plaintiff Gregory Kelly requests the court allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission For Electronic Filing (#40) is **granted**.  Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **May 13, 2013**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this

court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: April 11, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**