UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GREGORY KELLY, | ) | 2:12-CV-02074-LRH-CWH |
| Plaintiff, | ) | |
| vs. | ) | MINUTE ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) | April 2, 2014 |
| Defendants. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):      NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Las Vegas Metropolitan Police Department's Motion to Redact Information in Docket No. 136-4 (#147)[1] by which defendant requests an order from the court to have an exhibit redacted by the Clerk of the Court to prevent public access to information erroneously included therein by defendant.  Good cause appearing,

IT IS ORDERED that the Clerk of the Court shall SEAL document 136-4.

IT IS FURTHER ORDERED that defendant shall file a properly redacted version of the exhibit and link it to document #136.

IT IS FURTHER ORDERED that Defendant Las Vegas Metropolitan Police Department's Motion to Redact Information in Docket No. 136-4 (#147) is DENIED as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
        Deputy Clerk

---

[1] Refers to court's docket number.