UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | 2:12-cv-02074-LRH-CWH<br><br>ORDER |

    Before the court is Defendants' Errata to Joint Pre-trial Order (#170), Plaintiff's Objection to Errata (#171) and Defendants' Response to Plaintiff's Objection (#172).

    The requested Errata causes no prejudice to Plaintiff as he has been previously notified of such witnesses and their reports through the discovery process of this case. The errata only serves as notice of exhibits and witnesses which may be offered in whole or in part during the course of trial in this action. All noted objections to the admissibility of such evidence are preserved for trial and may also be raised, but not necessarily so, by appropriate motions in limine. *See* Local Rule 16-3(b). Moreover, no pretrial order has yet been issued in this action and no legal prejudice is suffered by Plaintiff.

    Good causing appearing, Plaintiff's Objection to Errata #170 (#171) is DENIED. However, within ten (10) days of the entry of this order, Plaintiff may file his objections to the newly identified exhibits and witnesses, which will serve as a supplement to the Proposed Amended Joint

1  Pretrial Order. In the absence of such a supplement, Plaintiff's Objection to Errata (#171) shall
2  serve as an identification of Plaintiff's objections to the subject exhibits and witnesses.  The court
3  will thereafter consider the proposed Amended Pretrial Order.
4      IT IS SO ORDERED.
5      DATED this 12th day of September, 2014.

                                                                _____
                                                                 LARRY R. HICKS
                                                                 UNITED STATES DISTRICT JUDGE