UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY KELLY, | CASE NO. 2:12-CV-2074-LRH-CWH |
| Plaintiff, | ORDER |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendant(s). | |

This case is currently scheduled for trial on the stacked calendar of April 14, 2015.

IT IS ORDERED that this case is referred to The Honorable Carl W. Hoffman for the purpose of conducting a settlement conference.

DATED this 6th day of October, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE