1

2

3                          UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5

6    GREGORY KELLY,                          )

7                      Plaintiff,            )      Case No.  2:12-cv-02074-LRH-CWH
                                             )
8    vs.                                     )      **ORDER**
                                             )
9    LAS VEGAS METROPOLITAN                  )
     POLICE DEPARTMENT, *et al.*,            )
10                                           )
                      Defendants.            )
11   _____)

12          This matter is before the Court on Plaintiff's Motion to Seal (#183), filed October 16, 2014,

13   and Defendants' Response (#185), filed October 21, 2014.  The undersigned has reviewed the motion

14   and finds that Plaintiff has not demonstrated either the good cause or extraordinary circumstances

15   necessary to seal the documents.  *See Kamakna v. City and County of Honolulu*, 447 F.3d 1172 (9th

16   Cir. 2006).  Accordingly,

17          **IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (#183) is **denied**.

18          DATED: October 22, 2014.

19

20                                                  _____
                                                    **C.W. Hoffman, Jr.**
21                                                  **United States Magistrate Judge**

22

23

24

25

26

27

28