1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  LISA J. ZASTROW
   Nevada Bar No. 9727
3  KAEMPFER CROWELL
   8345 West Sunset Road, Suite 250
4  Las Vegas, Nevada 89113
   Telephone:  (702) 792-7000
5  Fax:        (702) 796-7181
   landerson@kcnvlaw.com
6  lzastrow@kcnvlaw.com

7  **Attorneys for Defendants**
   **William F. Catricala and John Campbell**

8



9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11 | GREGORY KELLY,

12 |           Kelly,
   | vs.
13 |
   | LAS VEGAS METROPOLITAN POLICE
14 | DEPARTMENT, a Political Subdivision of the
   | STATE OF NEVADA; William F. Catricala
15 | Jr., individually BEAU HUNN, individually;
   | THOMAS CARRIGY, individually; IVENS
16 | MUNOZ, individually; CHRISTOPHER
   | GARCIA, individually; JOHN CAMPBELL,
17 | individually; ERICK WILDS, individually;
   | JOHN LIBERTY, individually; KIDD
18 | ANDRADE, individually; JAMES
   | MIZUSAKI, individually; NAPHCARE, an
19 | Alabama corporation; CODI COURTNEY,
   | individually;
20 |
21 |           Defendants.

Case No. 2:12-cv-02074-LRH-CWH

**STIPULATION TO AUTHENTICITY OF TRIAL EXHIBITS**

22      GREGORY KELLY, ("Plaintiff"), in Proper Person, and WILLIAM F. CATRICALA

23 and JOHN CAMPBELL ("Defendants"), by and through their attorney Kaempfer Crowell,

24 hereby stipulate and agree to the authenticity of the following Trial Exhibits for purposes of Trial

in the above matter scheduled to commence on May 4, 2015 at 1:30 p.m.:

**Defendants' Exhibits:**

501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 515 524, 525, 526, 527, 528, 529, 530, 531, 532, 561, 581, 582

**Plaintiff's Exhibits**

1, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33

It is further stipulated and agreed upon between the parties that this Stipulation does not waive any of the parties' respective rights to object to the admissibility of some or all of these exhibits at trial.

DATED this 5th day of May, 2015.

KAEMPFER CROWELL

By: _____
LYSSA S. ANDERSON (NV Bar #5781)
LISA J. ZASTROW (NV Bar No. #9727)
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
*Attorneys for Defendants*

DATED this ___ day of May, 2015.

GREGORY KELLY

By: _____
2303 N. 44th St. #14-1111
Phoenix, Arizona 85008
*Plaintiff In Proper Person*

### ORDER

IT IS SO ORDERED that the above Exhibits are hereby deemed authenticated.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 5 of May, 2015